Leon E. MONNIER, Appellant, v. UNITED STATES, Appellee.

(Circuit Court of Appeals, Second Circuit. December 20, 1926.)

No. 129.

Appeal from the District Court of the United States for the Eastern District of New York.

Appeal from final decree in admiralty, entered in the District Court for the Eastern District of New York.

Matthew T. Abruzzo, of Brooklyn, N. Y. (Ralph Stout, of New York City, of counsel), for appellant.

William A. De Groot, U. S. Atty., of Brooklyn, N. Y. (William E. Collins, of New York City, of counsel), for appellee.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. We agree with the findings made by Campbell, District Judge, and the results deduced from them.

Decree (16 F.[2d] 812) affirmed, with costs.